UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5677 CAS (JCG) | Date | September 9, 2011 |
|---|---|---|---|
| Title | VIOLET HAJIAN v. JPMORGAN CHASE BANK NA ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Chris Silva | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Proceedings:** (In Chambers:) Remanding Case to Superior Court of Los Angeles [29]

**I.    INTRODUCTION**

On June 10, 2011, plaintiff Violet Hajian filed a complaint in the Los Angeles Superior Court against JPMorgan Chase Bank N.A., et al., alleging 20 claims for relief. Nineteen of the claims arise out of California or common law and the final claim arises pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, et seq ("RICO").

The case was removed to this Court on July 11, 2011, pursuant to 28 U.S.C. § 1331 and § 1441. Defendants filed three separate motions to dismiss on August 17, 2011. On September 5, 2011, plaintiff voluntarily dismissed the RICO claim. That same day, plaintiff filed a notice of non-opposition to the three motions to dismiss and indicated her intent to file a motion for remand on grounds of a lack of subject matter jurisdiction. Defendants opposed plaintiff's notice on September 8, 2011 and argued that the Court should retain supplemental jurisdiction over the remaining claims.

The Court construes plaintiff's September 5, 2011 notice as a motion for remand, and defendants' reply as their opposition. Because plaintiff has dismissed her RICO claim, the Court no longer has subject matter jurisdiction over the remaining non-federal claims pursuant to 28 U.S.C. § 1331 or any other provision. In light of the fact that the Court has not performed any substantive work on this case, the Court declines to exercise supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-5677 CAS (JCG) | Date | September 9, 2011 |
|---|---|---|---|
| Title | VIOLET HAJIAN v. JPMORGAN CHASE BANK NA ET AL. | | |

Accordingly, this action is **REMANDED** to the Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CSI | |